**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7297**

───────────────

RODNEY EUGENE THOMPSON,

Plaintiff - Appellant,

versus

GUILFORD COUNTY SHERIFF'S DEPARTMENT; JOSEPH
G. BURDZY, Deputy Sheriff; DEPARTMENT OF MOTOR
VEHICLES; WINSTON-SALEM CITY POLICE DEPART-
MENT; D. G. PROCTOR, Deputy Sheriff; FORSYTH
COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-98-253-1)

───────────────

Submitted:  April 27, 2000                Decided:  May 2, 2000

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Rodney Eugene Thompson, Appellant Pro Se.  Susan D. Moore, COUNTY
ATTORNEY'S OFFICE, Greensboro, North Carolina; Christine Marion
Ryan, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh,
North Carolina; Gusti Wiesenfeld Frankel, Allan R. Gitter, WOMBLE,
CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Eugene Thompson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Thompson v. Guilford County Sheriff's Dep't</u>, No. CA-98-253-1 (M.D.N.C. Aug. 23, 1999).  Thompson's motion to have this court review the original record is granted.  We deny Thompson's motion for the appointment of counsel and deny the motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2